J-A21034-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| DANIEL NIETZOLD, PATRICIA NIETZOLD | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | : | |
| v. | : | |
| | : | No. 3106 EDA 2017 |
| OLYMPUS AMERICA INC.; OLYMPUS CORPORATION OF THE AMERICAS; OLYMPUS MEDICAL SYSTEM CORP.; AND CUSTOM ULTRASONICS, INC. | : | |

Appeal from the Order Entered August 18, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  February Term 2016 No. 001031

BEFORE:  PANELLA, J., OLSON, J., and McLAUGHLIN, J.

JUDGMENT ORDER BY McLAUGHLIN, J.:          **FILED MAY 13, 2019**

Daniel Nietzold and Patricia Nietzold appeal from the order that granted the preliminary objections of Olympus Medical System Corp. (OMSC) asserting lack of personal jurisdiction. The Nietzolds also contend that the trial court should not have granted the motion brought by other defendants – Olympus America, Inc. (OAI), Olympus Corporation of the Americas (OCA) (collectively, OA), and Custom Ultrasonics, Inc. (Custom) – for a *forum non conveniens* dismissal.

We recently considered arguments and evidence materially identical to those here, in **Vaughan v. Olympus America, Inc.**, ___ A.3d ___, 2019 PA Super 112 (filed April 10, 2019). We concluded in **Vaughan** that Pennsylvania could exert specific jurisdiction over OMSC and that the *forum non conveniens*

dismissal was improper. We reach the identical conclusions here for the reasons set forth in **Vaughan**.

Orders reversed; case remanded; jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 5/13/19